1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DAVID B. COUNTRYMAN (CSBN 226995)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, 9th floor
6  San Francisco, CA 94102
   Telephone: 415.436.7303
7  Facsimile:   415.436.6748
   Email: david.countryman@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            )
14                                      )       No. CV 08-2331 JL
                       Plaintiff,       )
15                                      )
                v.                      )       CERTIFICATE OF SERVICE
16                                      )
                                        )
17 APPROXIMATELY $104,994 IN UNITED     )
   STATES CURRENCY,                     )
18                                      )
                       Defendant.       )
19                                      )

20        The undersigned hereby certifies that she is an employee in the Office of the United

21 States Attorney for the Northern District of California and is a person of such age and discretion

22 to be competent to serve papers.  The undersigned further certifies that she caused a copy of

23        1.    Government Complaint for Forfeiture;

24        2.    Notice of Forfeiture Action;

25        3.    Warrant of Arrest of Property *In Rem;*

26        4.    Order Setting Case Management Order;

27        5.    ADR Dispute Resolution Procedures in the Northern District of California;

28        6.    ECF Registration Information Handout; and

1        7.    Notice of Assignment of Case to US Magistrate Judge for Trial

2  to be served this date via certified mail delivery upon the person(s) below at the place(s) and

3  address(es) which is/are the last known address(es):

4  David Michael, Esq
5  101 California Street, Suite 2450
   San Francisco, CA 94111
6  Attorney for Todd Donald Dunphy

7
      I declare under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct to the best of my knowledge.

9        Executed this __8th__ day of May , 2008, at San Francisco, California.

10

11
                              /S/
12                         CAROLYN JUSAY
                        Legal Assistant
13                         Asset Forfeiture Unit

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Certificate of Service
C 08-2331 JL                          2