JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

450 Golden Gate Avenue, 9th floor
San Francisco, CA 94102
Telephone: 415.436.7303
Facsimile:   415.436.6748
Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                              )<br>                        Plaintiff,            )<br>                                                              )<br>            v.                                            )<br>                                                              )<br>                                                              )<br>APPROXIMATELY $104,994  IN UNITED )<br>STATES CURRENCY,                           )<br>                                                              )<br>                        Defendant.         )<br>_____)  | No. CV 08-2331 JL<br><br>CERTIFICATE OF SERVICE |

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she caused a copy of

       1.    Government Complaint for Forfeiture;

       2.    Notice of Forfeiture Action;

       3.    Warrant of Arrest of Property *In Rem;*

       4.    Order Setting Case Management Order;

       5.    ADR Dispute Resolution Procedures in the Northern District of California;

       6.    ECF Registration Information Handout; and

7. Notice of Assignment of Case to US Magistrate Judge for Trial to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Michael Jay Green
Queen Street Building
345 Queen Street, 2nd Floor
Honolulu, HI 96813
Criminal Attorney for Todd Donald Dunphy

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this __13th__ day of May, 2008, at San Francisco, California.

                                              /S/
                                  CAROLYN JUSAY
                                  Legal Assistant
                                  Asset Forfeiture Unit

Certificate of Service
C 08-2331 JL                        2