**DAVID M. MICHAEL, SBN 74031**
**LAW OFFICES OF DAVID M. MICHAEL**
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone:  (415) 946-8996
Facsimile:  (877) 538-6220
E-mail:      dmmp5@aol.com

**Attorney for Claimant**
**TODD DONALD DUNPHY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>APPROXIMATELY $104, 994 IN<br>UNITED STATES CURRENCY,<br><br>        Defendant.<br>_____/<br>TODD DONALD DUNPHY,<br><br>        Claimant.<br>_____/. | No. CV 08 2331 JL<br><br>**VERIFIED CLAIM OF**<br>**TODD DONALD DUNPHY**<br>**OPPOSING FORFEITURE** |

      The undersigned hereby claims an ownership and/or a possessory interest in, and the right to exercise dominion and control over, all or part of the defendant property.

Dated: 16 June 2008

                                                    S/TODD DONALD DUNPHY
                                                    TODD DONALD DUNPHY

## **VERIFICATION**

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: 16 June 2008

                                              S/TODD DONALD DUNPHY
                                              TODD DONALD DUNPHY

VERIFIED CLAIM OF TODD DONALD DUNPHY OPPOSING FORFEITURE
CASE NO. CV 08 2331 JL

# CERTIFICATE OF ELECTRONIC FILING

The undersigned hereby certifies that, on 16 June 2008, he caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

DAVID COUNTRYMAN (CSB 163973)
Office of the U.S. Attorney
450 Golden Gate Avenue
San Francisco CA 94102
david.countryman@usdoj.gov

                                                    DAVID M. MICHAEL
                                                    DAVID M. MICHAEL
                                                    Attorney for Claimant
                                                    TODD DONALD DUNPHY

VERIFIED CLAIM OF TODD DONALD DUNPHY OPPOSING FORFEITURE
CASE NO. CV 08 2331 JL