
**DAVID M. MICHAEL, SBN 74031**
**LAW OFFICES OF DAVID M. MICHAEL**
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone:  (415) 946-8996
Facsimile:  (877) 538-6220
E-mail:  dmmp5@aol.com

**Attorney for Claimant**
**TODD DONALD DUNPHY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>APPROXIMATELY $104, 994.00 IN UNITED STATES CURRENCY,<br><br>   Defendant.<br>_____/<br>TODD DONALD DUNPHY,<br><br>   Claimant.<br>_____/. | **No. CV 08 2331 JL**<br><br>**VERIFIED CLAIM OF**<br>**TODD DONALD DUNPHY**<br>**OPPOSING FORFEITURE** ;<br>**ATTESTATION OF COUNSEL** |

  The undersigned hereby claims an ownership and/or a possessory interest in, and the right to exercise dominion and control over, all or part of the defendant property.

Dated: 16 June 2008

                 S/TODD DONALD DUNPHY
                 TODD DONALD DUNPHY

VERIFIED CLAIM OF TODD DONALD DUNPHY OPPOSING FORFEITURE
CASE NO. CV 08 2331 JL

## **VERIFICATION**

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: 16 June 2008

                                                  S/TODD DONALD DUNPHY
                                                  TODD DONALD DUNPHY

## **ATTESTATION OF COUNSEL**

The undersigned hereby attests, under penalty of perjury, that concurrence in the filing of the within document has been obtained by the above signatory.

Dated: 16 June 2008

                                                  S/DAVID M. MICHAEL
                                                  DAVID M. MICHAEL
                                                  Attorney for Claimant
                                                  TODD DONALD DUNPHY

**CERTIFICATE OF ELECTRONIC FILING**

The undersigned hereby certifies that, on 19 June 2008, he caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

DAVID COUNTRYMAN (CSB 163973)
Office of the U.S. Attorney
450 Golden Gate Avenue
San Francisco CA 94102
david.countryman@usdoj.gov

                                            DAVID M. MICHAEL
_____    DAVID M. MICHAEL
                                            Attorney for Claimant
                                            TODD DONALD DUNPHY

VERIFIED CLAIM OF TODD DONALD DUNPHY OPPOSING FORFEITURE
CASE NO. CV 08 2331 JL