```
1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DAVID B. COUNTRYMAN (CSBN 226995)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
7      Telephone: (415) 436-7303
       Fax: (415) 436-6748
8      E-mail: david.countryman@usdoj.gov

9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. C 08-2331 JL |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JOINT CASE MANAGEMENT STATEMENT |
| 104,994 IN UNITED STATES CURRENCY, | ) | Date: August 13, 2008 |
| | ) | Time: 10:30 am. |
| Defendant. | ) | Place: Honorable James Larson, 15th Floor |

Pursuant to FRCP 26(f) and Local Rule 16-9, Plaintiff, United States of America and claimant Todd Dunphy (hereinafter "Claimant"), respectfully submit this Joint Case Management Statement.

**1. Jurisdiction and Service**

Plaintiff contends that this Court has jurisdiction pursuant to Title 28, United States Code, Sections 1345 and 1355, Title 21, United States Code, Section 881.

The Parties agree that all persons known to have an interest in the defendant property have been served. Claimant has filed a claim.

**2. Facts**

This is a forfeiture case. The government commenced this action with the filing of a civil forfeiture complaint on May 6, 2008. The defendant currency was seized by the Drug Enforcement Administration on November 7, 2007. In its complaint, the government alleges that the defendant currency was furnished or intended to be furnished to another person in exchange for a controlled substance, constitutes proceeds derived from such an exchange, and was used or intended to be used to facilitate a drug trafficking offense, and it is thus forfeitable under Title 21, United States Code, Section 881(a)(6). Claimant denies that the defendant currency is subject to forfeiture.

**3. Legal Issues**

The parties agree that the principal factual and legal issues in dispute are: (1) whether Claimant can establish that he is an innocent owner of the defendant currency; (2) whether the government can establish by a preponderance of the evidence that defendant currency is forfeitable.

**4. Motions**

The parties contemplate the possibility of filing pre-trial dispositive and non-dispositive motions. Because of a related criminal case that is currently pending in the District of Hawaii, United States v. Todd Dunphy, 08-0277, the parties request that this case be stayed to a date no earlier than December 8, 2008.

**5. Amendment of Pleadings**

At this time, the parties do not anticipate filing any amended pleadings.

**6. Disclosures**

This is an *in rem* forfeiture case and is exempt from initial disclosures pursuant to Federal Rule of Civil Procedure 26 (a)(1)(B)(ii).

JOINT CASE MANAGEMENT STATEMENT
C 08-2331 JL                                                                              2

**7. Discovery**

The parties have not engaged in any discovery at ths time. Because of a related criminal case that is currently pending in the District of Hawaii, <u>United States v. Todd Dunphy</u>, 08-0277, the parties request that this case be stayed to a date no earlier than December 8, 2008.

**8. Class Action**

This is not a class action.

**9. Related Case**

The parties are aware if a related criminal case that is currently pending in the District of Hawaii, <u>United States v. Todd Dunphy</u>, 08-0277.

**10. Relief/Damages**

The government seeks a judgment of forfeiture of the defendant property. Claimant seeks return of the defendant property. This is not a damages case.

**11. Settlement and ADR**

The parties agree that, at this juncture, it is premature to predict the likelihood of settlement, and ADR would be of more use at a later stage after resolution fo the related criminal case.

**12. Consent to Magistrate Judge for All Purposes**

The parties consent to the Magistrate Judge in this action.

**13. Narrowing of Issues**

At this juncture, it is premature to narrow the issues which the parties anticipate will be narrowed through the discovery process.

//

//

**14. Scheduling**

The parties have not engaged in any discovery at this time. Because of a related criminal case that is currently pending in the District of Hawaii, United States v. Todd Dunphy, 08-0277, the parties request that this case be stayed to a date no earlier than December 8, 2008.

**15. Trial**

The parties have demanded a jury trial.

Dated: 6 August 2008

Respectfully submitted,

_____
DAVID M. MICHAEL
Attorney for Claimant
TODD DUNPHY

Dated: August 6, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

_____
DAVID B. COUNTRYMAN
Assistant United States Attorney

JOINT CASE MANAGEMENT STATEMENT
C 08-2331 JL                                                                 4