## CIVIL MINUTES

**Chief Magistrate Judge James Larson**                    FTR 10:39-10:40 ( 01 min)
Date: **August 13, 2008**

Case No: **C08- 2331  JL**

Case Name: **United States v. Approx. $104, 944 in U.S. Currency**

Plaintiff  Attorney(s): Susan Gray
Defendant Attorney(s):Edward Burch for claimant T. Dunphy
Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                                    **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING: Case stayed**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  []  Court
**Case continued to:** 12-10-08 @ 10:30 a.m. for fur CMC
Counsel to submit updated statement few days prior.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
         [ ] Jury  [ ]  Court


Notes:




cc: Venice, Kathleen,