IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

United States                         )
                                      )
            Plaintiff(s),             )    No.: C-08-2231 JL
                                      )
     v.                               )    CONSENT TO PROCEED BEFORE A
                                      )    UNITED STATES MAGISTRATE JUDGE
Approx. $104,944                      )
            Defendant(s).             )
_____)

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), party[ies] to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

_____       _____
Attorney for Plaintiff                Attorney for Defendant

Dated:   8-13-08