JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7303
    Facsimile:   415.436.6748
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> APPROXIMATELY $104,994 IN UNITED STATES CURRENCY, <br>     Defendant. | No. CV 08-02331 JL <br><br> **STIPULATION TO STAY PROCEEDING PURSUANT TO 18 U.S.C. § 981(g) and [PROPOSED] ORDER** |

    IT IS HEREBY STIPULATED by and between plaintiff United States of America and claimant Todd Dunphy, through undersigned counsel, that this action be stayed pursuant to 18 U.S.C. § 981(g) and 21 U.S.C. § 881(i).

    Claimant Todd Dunphy is currently the subject of a related criminal investigation in Hawaii. The allegations in the forfeiture complaint are based, in large part, on the allegations at issue in the related criminal investigation.  Consequently, the parties agree that a stay in the forfeiture proceeding is appropriate in order for the parties to evaluate the issues to be raised in the pending indictment and to

1  determine how that criminal proceeding will affect the present case.

3  IT IS SO STIPULATED:                                    JOSEPH P. RUSSONIELLO
                                                           United States Attorney

6  Dated: June 17, 2009                                    /S/
                                                           DAVID COUNTRYMAN
                                                           Assistant United States Attorney

10 Dated: June 17, 2009                                    /S/
                                                           DAVID M. MICHAEL
                                                           Attorney for Claimant
                                                           Todd Dunphy.

### ORDER GRANTING STAY

UPON CONSIDERATION of the Stipulation to Stay, the entire record, and for good cause shown, it is by the Court on this 19th day of June, 2009

ORDERED that the Case Management Conference is continued to August 12, 2009, at 10:30 a.m. pursuant to 18 U.S.C. § 981(g).

                                                           HONORABLE JAMES LARSON
                                                           United States Magistrate Judge

**STIPULATION TO STAY PROCEEDING PURSUANT TO 18 U.S.C. § 981(g)**
No. CV 08-02331 JL                          2