JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7303
    Facsimile: 415.436.6748
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>APPROXIMATELY $104,994 IN UNITED STATES CURRENCY,<br><br>    Defendant. | No. 08-08-02331 JL<br><br>STIPULATION FOR AN ADDITIONAL STAY PROCEEDING PURSUANT TO 18 U.S.C. § 981(g) and [~~PROPOSED~~] ORDER |

IT IS HEREBY STIPULATED by and between plaintiff United States of America and claimant Todd Dunphy, through undersigned counsel, that this action be stayed pursuant to 18 U.S.C. § 981(g) and 21 U.S.C. § 881(i).

Claimant Todd Dunphy is currently the subject of a related criminal investigation in Hawaii. The allegations in the forfeiture complaint are based, in large part, on the allegations at issue in the related criminal investigation. Both parties have talked to the U.S. Attorney's Office in Hawaii, and understand that the related criminal case will be indicted in the next 60 days. Consequently, the parties agree that a stay in the forfeiture proceeding for 60 days is appropriate in order for the parties to evaluate

the issues to be raised in the pending indictment and to determine how that criminal proceeding will affect the present case.

IT IS SO STIPULATED:        JOSEPH P. RUSSONIELLO
                            United States Attorney

Dated: August 6, 2009
                            _____
                            DAVID COUNTRYMAN
                            Assistant United States Attorney

Dated: August 6, 2009
                            _____
                            DAVID M. MICHAEL
                            Attorney for Claimant
                            Todd Dunphy.

## ORDER GRANTING STAY

UPON CONSIDERATION of the Stipulation to Stay, the entire record, and for good cause shown, it is by the Court on this  7th  day of  August , 2009

ORDERED that the instant case be, and hereby is, STAYED, until  October 21 , 2009, at  10:30 a.m.  pursuant to 18 U.S.C. § 981(g).

_____
HONORABLE JAMES LARSON
United States Magistrate Judge

**STIPULATION TO STAY PROCEEDING PURSUANT TO 18 U.S.C. § 981(g)**
No. 08-02331 JL                        2