```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2
 3  BRIAN J. STRETCH (CSBN 163973)
    Chief, Criminal Division
 4
    DAVID B. COUNTRYMAN (CSBN 226995)
 5  Assistant United States Attorney

 6       450 Golden Gate Avenue
         San Francisco, CA 94102
 7       Telephone: 415.436.7303
         Facsimile:  415.436.7234
 8       Email: david.countryman@usdoj.gov

 9  Attorneys for United States of America

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 08-02331 JL |
|        Plaintiff, ) | |
|    v. ) | **STIPULATION FOR AN ADDITIONAL STAY PROCEEDING PURSUANT TO 18 U.S.C. § 981(g) and [PROPOSED] ORDER** |
| APPROXIMATELY $104,994 IN UNITED STATES CURRENCY, ) | |
|        Defendant. ) | |

IT IS HEREBY STIPULATED by and between plaintiff United States of America and claimant Todd Dunphy, through undersigned counsel, that this action be stayed pursuant to 18 U.S.C. § 981(g) and 21 U.S.C. § 881(I).

On September 9, 2009, Claimant Todd Dunphy was indicted on three related criminal counts in the District of Hawaii, including a forfeiture allegation for the defendant $104,994 in this case. <u>United States v. Dunphy</u>, CR 09-00370 SOM, Docket No. 1. The allegations in the present forfeiture complaint are related to the allegations at issue in the related criminal indictment and, consequently, the parties agree that a stay in the forfeiture proceeding for 180 days is necessary, because continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination in the

related criminal case and will adversely affect the prosecution of the related criminal case.

IT IS SO STIPULATED:                                    JOSEPH P. RUSSONIELLO
                                                        United States Attorney

Dated: October 13, 2009                                 /S/
                                                        DAVID COUNTRYMAN
                                                        Assistant United States Attorney

Dated: October 13, 2009                                 /S/
                                                        DAVID M. MICHAEL
                                                        Attorney for Claimant
                                                        Todd Dunphy.

**ORDER GRANTING STAY**

UPON CONSIDERATION of the Stipulation to Stay, the entire record, and for good cause shown, it is by the Court on this  14th  day of  October , 2009

ORDERED that the instant case be, and hereby is, STAYED, until  April 28 , 2010, at  10:30 a.m.  pursuant to 18 U.S.C. § 981(g).

_____
HONORABLE JAMES LARSON
United States Magistrate Judge

**STIPULATION TO STAY PROCEEDING PURSUANT TO 18 U.S.C. § 981(g)**
No. 08-02331 JL                                         2