**DAVID M. MICHAEL, SBN 74031**
**LAW OFFICES OF DAVID M. MICHAEL**
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone:   (415) 946-8996
Facsimile:    (877) 538-6220
E-mail:        dmmp5@aol.com

**Attorney for Claimant**
**TODD DONALD DUNPHY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $104, 994 IN UNITED STATES CURRENCY,<br><br>Defendant.<br>_____/<br>TODD DONALD DUNPHY,<br><br>Claimant.<br>_____/. | No. CV 08 2331 JL<br><br>**NOTICE OF SETTLEMENT**; [PROPOSED] ORDER |

     The parties have agreed to a settlement of this matter and request that the Court allow the case to be continued for approximately sixty (60) days in order for the parties to prepare and complete a Stipulation for Settlement and Order of Forfeiture, at which time those pleadings will be presented to the Court for a final resolution.

Dated: 19 October 2010

                                                                S/DAVID M. MICHAEL
                                                                 DAVID M. MICHAEL
                                                                 Attorney for Claimant
                                                                 TODD DONALD DUNPHY

| | |
|---|---|
| Dated: 19 October 2010 | MELINDA HAAG<br>United States Attorney |
| | |
| | S/DAVID COUNTRYMAN<br>DAVID COUNTRYMAN<br>Assistant U.S. Attorney<br>Attorney for Plaintff<br>United States of America |

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the parties, this matter is hereby continued to December 29, 2010 at 10:30 a.m. for settlement or for a further Case Management Conference.

Dated: 21 October 2010

_____
HONORABLE JAMES LARSON
Chief Magistrate Judge

NOTICE OF SETTLEMENT; [PROPOSED] ORDER
CASE NO. CV 08 2331 JL

2